UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL P. KIRBY,

    Plaintiff,

    v.

HOMAX PRODUCTS, INC.,

    Defendant.

Case No. C06-1153RSL

ORDER STRIKING NOTICE
OF WITHDRAWAL

On April 16, 2007, plaintiff's counsel filed a Stipulated Notice of Withdrawal and Substitution of Counsel. (Dkt. #12). However, the stipulation is not signed by any of the attorneys, nor does it include a certification that it was served on the client. Furthermore, according to General Rule 2(g)(4)(A), "No attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court." An order of substitution is not required if there is simply a change or addition of attorneys within the same law firm. In this case, however, counsel is seeking to withdraw and substitute an attorney from a different firm.

Accordingly, the notice of withdrawal is STRICKEN. Counsel will not be permitted to

ORDER STRIKING
NOTICE OF WITHDRAWAL - 1

1  withdraw until she complies with General Rule 2(g)(4)(A).

2

3       DATED this 18th day of April, 2007.

4

5

6                                          Robert S. Lasnik
                                           United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER STRIKING
    NOTICE OF WITHDRAWAL - 2