UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
MICHAEL P. KIRBY, )
) No. C06-1153RSL
             Plaintiff, )
   v. ) ORDER GRANTING AGREED
) MOTION FOR WITHDRAWAL
HOMAX PRODUCTS, INC., ) OF COUNSEL
)
             Defendant. )
_____)

      This matter comes before the Court on plaintiff's counsel's "Agreed Motion for Withdrawal of Counsel" (Dkt. #15) filed on May 1, 2007. Plaintiff's counsel noted this motion for Friday, May 11, 2007. Under Local Civil Rule 7(d)(1), however, "Stipulations and agreed motions . . . shall be noted for consideration for the day they are filed." Therefore, the motion is now before the Court for consideration. Plaintiff's counsel filed the agreed motion in accordance with Local General Rule 2(g) requesting leave for Beatrice M. Acland to withdrawal as plaintiff's counsel of record and leaving Robert D. Butler as attorney of record. Accordingly, the Court GRANTS the "Agreed Motion for Withdrawal of Counsel" (Dkt. #15).

      DATED this 3rd day of May, 2007.

                                     /s/ Robert S. Lasnik
                                     Robert S. Lasnik
                                     United States District Judge

ORDER GRANTING AGREED MOTION
FOR WITHDRAWAL OF COUNSEL